# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

139486

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 139486
               COA: 285252
               Wayne CC: 07-011451-FC

ROZELL DEVIN WILKES,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the June 25, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   HATHAWAY, J., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009         _____

s1217               Clerk